UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNES WIDJAJA, VICTOR UTAMA and AMPRI GUNARDI,<br><br>　　　　　Plaintiffs,<br>v.<br><br>KANG YUE USA CORP., and JOHNSON CHEN,<br><br>　　　　　Defendants. | NO. 09-CV-02089 (AMD)(CLP) |

**NOTICE OF SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 16th day of March, 2016 (see Dkt. 89), in favor of Plaintiffs Johannes Widjaja, Victor Utama and Ampri Gunardi (collectively, "Plaintiffs") and against Defendants Kang Yue USA Corp. and Johnson Chen ("Defendants"), and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged by Plaintiffs through their undersigned counsel, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the dockets of said judgment.

Dated: April 5, 2016　　　　　**JOSEPH & KIRSCHENBAUM LLP**
　　　　New York, New York

　　　　　　　　　　　　　　　s/D. Maimon Kirschenbaum/
　　　　　　　　　　　　　　　D. Maimon Kirschenbaum
　　　　　　　　　　　　　　　32 Broadway, Suite 601
　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　(212) 688-5640
　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*